Investors Commercial Corporation, Plaintiff-Appellee,
v. Thomas Sumlin, Defendant-Appellant.

Gen. No. 47,457.

First District, Second Division.
November 25, 1958.
Released for publication December 16, 1958.

Braden, Hall, Barnes
& Moss (Houston H. Hall, of counsel) for defendant-appellant;
Wexler & Wexler (Samuel S. Cohen, of counsel) for appellee.
Opinion by JUSTICE KILEY. Not to be published in full.